Form osc1006 – osclr1006v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 18–19362–VFP
           Chapter:  11
           Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leticia Rojas
   640 Irvington Avenue
   Hillside, NJ 07205

Social Security No.:
   xxx–xx–2002

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH D.N.J. LBR 1006–1, PAYMENT OF FILING FEES IN INSTALLMENTS

The Court having noted that the debtor filed a petition on May 8, 2018, and has failed to comply with the Court?s local rule, D.N.J. LBR 1006–1, Payment of Filing Fees in Installments as noted below:

- [x] Debtor has not paid the filing fee in the amount of $1717.00 in full at the time of the filing of the petition.

- [x] Debtor has not submitted an Application for Individuals to Pay the Filing Fee in Installments.

- [ ] Debtor has submitted an Application for Individuals to Pay the Filing Fee in Installments, but has not paid with the petition the first installment payment in an amount equal to at least 25% of the filing fee.

It is hereby

ORDERED that the following document and/or fee must be submitted to the Clerk on or before 5/22/18 or the case will be dismissed.

- [x] Full filing fee in the amount of $1717.00

- [x] Application for Individuals to Pay the Filing Fee in Installments

- [x] Initial installment payment in the amount of $ $429.25

- [ ] Balance of initial installment payment due in compliance with D.N.J. LBR 1006–1, in the amount of $

If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 5/22/18.

If an objection or request for a hearing is filed, you or your attorney must appear at a hearing to be held before the Honorable Vincent F. Papalia on

Date: May 30,2018
Time: 10:00 AM

Location: Courtroom 3B
Address:    Martin Luther King, Jr . Federal Building
            50 Walnut Street
            3rd Floor
            Newark, NJ 07102


Dated: May 9, 2018
JAN: mg

                        <u>Vincent F. Papalia</u>
                        United States Bankruptcy Judge