Form osc1006 – osclr1006v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19362−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leticia Rojas
   640 Irvington Avenue
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−2002

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH D.N.J. LBR 1006−1, PAYMENT OF FILING FEES IN INSTALLMENTS

The Court having noted that the debtor filed a petition on May 8, 2018, and has failed to comply with the Court?s local rule, D.N.J. LBR 1006−1, Payment of Filing Fees in Installments as noted below:

☑  Debtor has not paid the filing fee in the amount of $1717.00 in full at the time of the filing of the petition.

☑  Debtor has not submitted an Application for Individuals to Pay the Filing Fee in Installments.

☐  Debtor has submitted an Application for Individuals to Pay the Filing Fee in Installments, but has not paid with the petition the first installment payment in an amount equal to at least 25% of the filing fee.

It is hereby

ORDERED that the following document and/or fee must be submitted to the Clerk on or before 5/22/18 or the case will be dismissed.

☑  Full filing fee in the amount of $1717.00

☑  Application for Individuals to Pay the Filing Fee in Installments

☑  Initial installment payment in the amount of $ $429.25

☐  Balance of initial installment payment due in compliance with D.N.J. LBR 1006−1, in the amount of $

If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 5/22/18.

If an objection or request for a hearing is filed, you or your attorney must appear at a hearing to be held before the Honorable Vincent F. Papalia on

Date: May 30,2018
Time: 10:00 AM

Location: Courtroom 3B
Address:   Martin Luther King, Jr. Federal Building
           50 Walnut Street
           3rd Floor
           Newark, NJ 07102


Dated: May 9, 2018
JAN: mg

                                       <u>Vincent F. Papalia</u>
                                       United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:
Leticia Rojas
      Debtor

Case No. 18-19362-VFP
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: May 09, 2018
                     Form ID: osc1006      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2018.
db          +Leticia Rojas,   640 Irvington Avenue,   Hillside, NJ 07205-3143

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 10 2018 01:21:24     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
                                                                                                                                 TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2018 at the address(es) listed below:
                Bruce W. Radowitz    on behalf of Debtor Leticia  Rojas bradowitz@comcast.net,
                 r45676@notify.bestcase.com
                U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                    TOTAL: 2