UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certificates Series 2005-AR8

In Re:
    Leticia, Rojas

**Order Filed on May 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:    18-19362 VFP

Judge:  Vincent F. Papalia

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

# CONSENT ORDER EXTENDING REDEMPTION PERIOD FOR REAL PROPERTY LOCATED AT 180 DOUGLAS ROAD, FAR HILLS, NJ TO JUNE 8, 2018

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: May 17, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**WHEREAS** on May 8, 2018 this Chapter 11 Bankruptcy Petition was filed by Debtor, Leticia Rojas; and

**WHEREAS** on May 8, 2018, after the Bankruptcy Petition was filed, the Sheriff of Somerset County sold real property located at 180 Douglas Road, Far Hills, NJ; and

**WHEREAS** the parties dispute whether or not 11 USC 108 serves to extend the state court 10-day redemption period since the Bankruptcy was filed before the sheriff sale; and

**WHEREAS** the parties have amicably agreed to resolve this dispute by extending the redemption period; and it is

**ORDERED** that the redemption period for real property located at 180 Douglas Road, Far Hills, NJ is hereby extended to June 8, 2018; and

**IT IS FURTHER ORDERED** that the debtor, Leticia Rojas, may redeem the subject property located at 180 Douglas Road, Far Hills, NJ on or before June 8, 2018; and

**CONSENTED AND AGREED TO:**

/s/ Denise Carlon_____
Denise Carlon, Esq.
KML Law Group, P.C.
Attorneys for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certificates Series 2005-AR8


   /s/ Bruce Radowitz_____
Bruce Radowitz, Esq.
Attorney for Debtor, Leticia Rojas