UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bank of New York, et al.

In Re:

Leticia Rojas,

Debtor.

Case No.: 18-19362-VFP

Chapter: 13

Hearing Date: _____

Judge: Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Certificate of Consent (Docket # 14)

_____

Date: 5/18/2018

/s/ Denise Carlon
Signature

*rev.8/1/15*