Michael S. Adler
COHEN, WEISS and SIMON LLP
900 Third Avenue, 21st Floor
New York, New York 10022-4869
(212) 563-4100 (telephone)
(646) 473-8251 (facsimile)
madler@cwsny.com

*Attorneys for the Local 282 Trust Funds*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------- x
In re:                                              :
                                                    :  Chapter 11
LETICIA ROJAS,                                      :
                                                    :  Case No. 18-19362-VFP
                            Debtor.                 :
---------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure, and 11 U.S.C. §1102(1) and §1109(b), the undersigned attorney appears for the Trustees of the Local 282 Welfare Trust Fund, Local 282 Pension Trust Fund, Local 282 Annuity Trust Fund, Local 282 Job Training Trust Fund, and the Local 282 Vacation and Sick Leave Trust Fund ("Local 282 Trust Funds") and requests that all notice given or required to be given in this action and all related actions, be given and served upon the following:

        Michael S. Adler
        COHEN, WEISS and SIMON LLP
        900 Third Avenue, 21st Floor
        New York, New York 10022-4869
        Telephone:   (212) 563-4100
        Facsimile:    (646) 473-8251
        Email:        madler@cwsny.com

00960752.1

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affect or seek to affect in any way any rights or interests of the Debtor.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading claim, or suit shall waive the above-named parties' right to have final orders in noncore matters entered only after *de novo* review by a District Judge; or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: May 23, 2018

/s/ Michael S. Adler
Michael S. Adler
COHEN, WEISS and SIMON LLP
900 Third Avenue, 21st Floor
New York, New York 10022-4869
(212) 563-4100 (telephone)
(646) 473-8251 (facsimile)
madler@cwsny.com

*Attorneys for the Local 282 Trust Fund*s

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of May, 2018, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Notice to be served through the Court's electronic notification system.

        /s/ Michael S. Adler
        Michael S. Adler