| IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>Michael S. Adler (N.J. Bar No. 4114104)<br>COHEN, WEISS AND SIMON LLP<br>900 Third Avenue, Floor 21<br>New York, New York 10022-4869<br>Phone: (212) 356-0251<br>Facsimile: (646) 473-8251<br>madler@cwsny.com<br><br>*Attorney for Creditors*<br>*Local 282 Trust Funds* | |
| In re:<br><br>LETICIA ROJAS,<br><br>                        Debtor. | Chapter 11<br><br>Case No. 18-19362-VFP |

## MOTION FOR LIMITED *PRO HAC VICE* APPEARANCE OF NON-MEMBER ATTORNEY

Pursuant to Rule L. Civ. R. 101.1 of the United States Bankruptcy Court of the District of New Jersey, and upon the attached Certification, I, Michael S. Adler, hereby move this Court for a Consent Order for admission of Hiram M. Arnaud to practice Pro Hac Vice to appear as counsel for Creditors Trustees of the Local 282 Welfare Trust Fund, Local 282 Pension Trust Fund, Local 282 Annuity Trust Fund, Local 282 Job Training Trust Fund, and the Local 282 Vacation and Sick Leave Trust Fund ("Local 282 Trust Funds") in the above-captioned proceeding.

There are no pending disciplinary proceedings against Hiram M. Arnaud in any state or federal court.

Dated: New York, New York
June 7, 2018

Respectfully submitted,

*[signature]*

Michael S. Adler (N.J. Bar No. 4114104)
COHEN, WEISS AND SIMON LLP
900 Third Avenue, Floor 21
New York, New York 10022-4869
Phone: (212) 356-0251
Facsimile: (646) 473-8251
madler@cwsny.com

*Attorney for Creditors*
*Local 282 Trust Funds*

| |
|---|
| IN THE UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>Michael S. Adler (N.J. Bar No. 4114104)<br>COHEN, WEISS AND SIMON LLP<br>900 Third Avenue, Floor 21<br>New York, New York 10022-4869<br>Phone: (212) 356-0251<br>Facsimile: (646) 473-8251<br>madler@cwsny.com<br><br>*Attorney for Creditors*<br>*Local 282 Trust Funds* |

| | |
|---|---|
| In re:<br><br>LETICIA ROJAS,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-19362-VFP |

## APPLICANT ATTORNEY CERTIFICATION

I, Hiram M. Arnaud, certify that I am a member in good standing in the following bars: New York State (2/5/14), U.S. District Court, Southern District of N.Y. (4/7/14), and U.S. District Court, Eastern District of N.Y. (3/7/14).

I further certify that there are no pending disciplinary proceedings against me in any state or federal court.

Dated: New York, New York
      June 7, 2018

Respectfully submitted,

*/s/ Hiram M. Arnaud*
Hiram M. Arnaud

3