

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon<br>Dcarlon@kmllawgroup.com<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase |
| In Re:<br>    Leticia Rojas,<br><br>Debtor. |

Order Filed on June 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    18-19362 VFP

Judge:  Vincent F. Papalia

# CONSENT ORDER EXTENDING REDEMPTION PERIOD FOR REAL PROPERTY LOCATED AT 180 DOUGLAS ROAD, FAR HILLS, NJ TO JULY 9, 2018

The relief set forth on the following pages two (2) through three (3) is hereby ordered **ORDERED**.

**DATED: June 8, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**WHEREAS** on May 8, 2018 this Chapter 11 Bankruptcy Petition was filed by Debtor, Leticia Rojas; and

**WHEREAS** on May 8, 2018, after the Bankruptcy Petition was filed, the Sheriff of Somerset County sold real property located at 180 Douglas Road, Far Hills, NJ; and

**WHEREAS** the parties disputed whether or not 11 USC 108 serves to extend the state court 10-day redemption period since the Bankruptcy was filed before the sheriff sale; and

**WHEREAS** the parties previously amicably agreed to resolve the dispute by extending the redemption period to June 8, 2018; and

**WHEREAS** the debtor was unable to complete refinancing of the property prior to June 8, 2018 but has a commitment from a lender to provide a loan in the amount of $2.85Million that can close within 30 days; it is

**ORDERED** that the redemption period for real property located at 180 Douglas Road, Far Hills, NJ is hereby extended to July 9, 2018; and

**IT IS FURTHER ORDERED** that the debtor, Leticia Rojas, may redeem the subject property located at 180 Douglas Road, Far Hills, NJ on or before July 9, 2018; and

**IT IS FURTHER ORDERED** that the redemption amount shall include all advances, costs and attorney's fees incurred by secured creditor since entry of the final judgment of foreclosure; and

**IT IS FURTHER ORDERED** that there shall be no further extension of the redemption period.  In the event the loan is not paid in full on or before July 9, 2018, secured creditor shall be entitled to dispose of the property however it sees fit.

**CONSENTED AND AGREED TO:**

/s/ Denise Carlon_____
Denise Carlon, Esq.
KML Law Group, P.C.
Attorneys for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certificates Series 2005-AR8


/s/ Bruce Radowitz_____
Bruce Radowitz, Esq.
Attorney for Debtor, Leticia Rojas