| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon<br>Dcarlon@kmllawgroup.com<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase | Order Filed on June 8, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:   18-19362 VFP<br><br>Judge:  Vincent F. Papalia |
| In Re:<br>　　Leticia Rojas,<br><br>Debtor. | |

# CONSENT ORDER EXTENDING REDEMPTION PERIOD FOR REAL PROPERTY LOCATED AT 180 DOUGLAS ROAD, FAR HILLS, NJ TO JULY 9, 2018

The relief set forth on the following pages two (2) through three (3) is hereby ordered **ORDERED**.

**DATED: June 8, 2018**

_____
 **Honorable Vincent F. Papalia**
 **United States Bankruptcy Judge**

**WHEREAS** on May 8, 2018 this Chapter 11 Bankruptcy Petition was filed by Debtor, Leticia Rojas; and

**WHEREAS** on May 8, 2018, after the Bankruptcy Petition was filed, the Sheriff of Somerset County sold real property located at 180 Douglas Road, Far Hills, NJ; and

**WHEREAS** the parties disputed whether or not 11 USC 108 serves to extend the state court 10-day redemption period since the Bankruptcy was filed before the sheriff sale; and

**WHEREAS** the parties previously amicably agreed to resolve the dispute by extending the redemption period to June 8, 2018; and

**WHEREAS** the debtor was unable to complete refinancing of the property prior to June 8, 2018 but has a commitment from a lender to provide a loan in the amount of $2.85Million that can close within 30 days; it is

**ORDERED** that the redemption period for real property located at 180 Douglas Road, Far Hills, NJ is hereby extended to July 9, 2018; and

**IT IS FURTHER ORDERED** that the debtor, Leticia Rojas, may redeem the subject property located at 180 Douglas Road, Far Hills, NJ on or before July 9, 2018; and

**IT IS FURTHER ORDERED** that the redemption amount shall include all advances, costs and attorney's fees incurred by secured creditor since entry of the final judgment of foreclosure; and

**IT IS FURTHER ORDERED** that there shall be no further extension of the redemption period.  In the event the loan is not paid in full on or before July 9, 2018, secured creditor shall be entitled to dispose of the property however it sees fit.

**CONSENTED AND AGREED TO:**

/s/ Denise Carlon_____
Denise Carlon, Esq.
KML Law Group, P.C.
Attorneys for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certificates Series 2005-AR8


/s/ Bruce Radowitz_____
Bruce Radowitz, Esq.
Attorney for Debtor, Leticia Rojas

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-19362-VFP
Leticia Rojas                                                                   Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin              Page 1 of 1         Date Rcvd: Jun 08, 2018
                       Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2018.
db             +Leticia Rojas,    640 Irvington Avenue,    Hillside, NJ 07205-3143

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2018 at the address(es) listed below:
      Bruce W. Radowitz    on behalf of Debtor Leticia  Rojas bradowitz@comcast.net, r45676@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee, et al. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Michael Seth Adler    on behalf of Creditor    Local 282 Trust Funds madler@cwsny.com, ecf@cwsny.com
      Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee, et al. rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                            TOTAL: 5