UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                                                                          CASE NO.: 18-19362-VFP
                                                                                                        CHAPTER 11
Leticia Rojas ,

   Debtor.
_____/

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR8 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

RAS CRANE, LLC
BANKRUPTCY DEPARTMENT
10700 ABBOTT'S BRIDGE ROAD, SUITE 170
DULUTH, GA 30097

                                              RAS Crane, LLC
                                              Authorized Agent for Secured Creditor
                                              10700 Abbott's Bridge Road, Suite 170
                                              Duluth, GA 30097
                                              Telephone: 470-321-7112
                                              Facsimile: 404-393-1425
                                              By: /s/Laura Egerman
                                              Laura Egerman, Esquire
                                              Email: legerman@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 14, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

BRUCE W. RADOWITZ
636 CHESTNUT STREET
UNION, NJ  07083

LETICIA ROJAS
640 IRVINGTON AVENUE
HILLSIDE, NJ  07205

US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER
STE 2100
NEWARK, NJ  07102

>RAS Crane, LLC
>Authorized Agent for Secured Creditor
>10700 Abbott's Bridge Road, Suite 170
>Duluth, GA 30097
>Telephone: 470-321-7112
>Facsimile: 404-393-1425
>By: /s/Laura Egerman
>Laura Egerman, Esquire
>Email: legerman@rasnj.com