**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

U.S. BANKRUPTCY COURT
FILED
NEWARK N.J.

2018 JUL -3 A 9: 16

JEANNE A. NAUGHTON

BY: M Gonzalez
DEPUTY CLERK

In Re:

Leticia Rojas

Case No.: 18-19362

Chapter: 11

Hearing Date: _____

Judge: V. Papalia

## APPLICATION FOR ORDER SHORTENING TIME

The applicant _Leticia Rojas_____, on behalf of

_herself_____ requests that the time period to/for MOTION FOR THE

APPOINTMENT OF A TRUSTEE as required by 11 USC §1104(a)(1)(2) be shortened
OR EXAMINER

pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1.    A shortened time hearing is requested because: A TRUSTEE must immediately
be appointed in ORDER TO PROTECT the ESTATE OF THE DEBTOR
and the interests of All the CREDITORS, Secured + unsecured, be the ASSETS

2.    State the hearing dates requested: all of which are already prejudice and will
7/5/18  OR  7/6/18    be irreparably damaged and irretrievably lost
if not supervised and properly administered by
3.    Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1). A US TRUSTEE.

The applicant requests entry of the proposed order shortening time.

Date: 7/2/18_____              _Signature_____

Signature

rev.8/1/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

LETICIA ROJAS

Case No.: _18-19362 VFP_

Chapter: _11_

Judge: _V. PAPALIA_

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

After review of the application of _Leticia Rojas_ for the reduction of time for a hearing on _MOTION FOR THE APPOINTMENT OF A TRUSTEE OR EXAMINER_ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ at _____ in the United States Bankruptcy Court, _____, Courtroom No. _____ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. *Notice by telephone:*

☐ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail
_____ day(s) prior to the scheduled hearing; or

    ☐ may be presented orally at the hearing.

8.   ☐ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3