Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−19362−VFP
Chapter:  11
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Leticia Rojas
    640 Irvington Avenue
    Hillside, NJ 07205
Social Security No.:
    xxx−xx−2002
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/14/18 at 10:00 AM

to consider and act upon the following:

*38* – Application For Retention of Professional Wasserman, Jurista & Stolz, P.C. as Substitute Counsel Filed by Leonard C. Walczyk on behalf of Leticia Rojas. Objection deadline is 7/17/2018. (Attachments: # 1 Service List # 2 Certification of Professional in Support of Application for Retention of Professional # 3 Proposed Order Authorizing Retention of Wasserman, Jurista & Stolz, P.C. as Substitute Counsel for the Debtor) (Walczyk, Leonard)

*42* – Limited Objection to Debtor's Application to Retain Wasserman Jurista & Stolz PC as Counsel (related document:38 Application For Retention of Professional Wasserman, Jurista & Stolz, P.C. as Substitute Counsel Filed by Leonard C. Walczyk on behalf of Leticia Rojas. Objection deadline is 7/17/2018. (Attachments: # 1 Service List # 2 Certification of Professional in Support of Application for Retention of Professional # 3 Proposed Order Authorizing Retention of Wasserman, Jurista & Stolz, P.C. as Substitute Counsel for the Debtor) filed by Debtor Leticia Rojas) filed by U.S. Trustee. (United States Trustee by Peter J. D'Auria)

Dated: 7/18/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court