Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19362−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leticia Rojas
   640 Irvington Avenue
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−2002

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/14/18 at 10:00 AM

to consider and act upon the following:

*38* − Application For Retention of Professional Wasserman, Jurista & Stolz, P.C. as Substitute Counsel Filed by Leonard C. Walczyk on behalf of Leticia Rojas. Objection deadline is 7/17/2018. (Attachments: # 1 Service List # 2 Certification of Professional in Support of Application for Retention of Professional # 3 Proposed Order Authorizing Retention of Wasserman, Jurista & Stolz, P.C. as Substitute Counsel for the Debtor) (Walczyk, Leonard)

*42* − Limited Objection to Debtor's Application to Retain Wasserman Jurista & Stolz PC as Counsel (related document:38 Application For Retention of Professional Wasserman, Jurista & Stolz, P.C. as Substitute Counsel Filed by Leonard C. Walczyk on behalf of Leticia Rojas. Objection deadline is 7/17/2018. (Attachments: # 1 Service List # 2 Certification of Professional in Support of Application for Retention of Professional # 3 Proposed Order Authorizing Retention of Wasserman, Jurista & Stolz, P.C. as Substitute Counsel for the Debtor) filed by Debtor Leticia Rojas) filed by U.S. Trustee. (United States Trustee by Peter J. D'Auria)

Dated: 7/18/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                  Case No. 18-19362-VFP
Leticia Rojas                                                           Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 1           Date Rcvd: Jul 18, 2018
                              Form ID: ntchrgbk          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db          +Leticia Rojas,    640 Irvington Avenue,    Hillside, NJ 07205-3143
sp           Hiram I Arnaud,    900 Third Avenue,    Floor 21,    New York, NY 10022-4869
cr          +Local 282 Trust Funds,    2500 Marcus Avenue,    Lake Success, NY 11042-1018
cr          +Port Authority of New York and New Jersey,    7 East Ridgewood Ave.,
              c/o Strasser & Associates, P.C.,    Paramus, NJ 07652-3601
cr          +The Bank of New York Mellon,    Robertson, Anschutz, & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
              David E. Mayland    on behalf of Creditor    Port Authority of New York and New Jersey
               dm@strasserlaw.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               as successor in interest to JP Morgan Chase Bank, N.A. as Trustee, et al.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Leonard C. Walczyk    on behalf of Debtor Leticia  Rojas lwalczyk@wjslaw.com,
               lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
              Michael Seth Adler    on behalf of Creditor    Local 282 Trust Funds madler@cwsny.com,
               ecf@cwsny.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee, et al.
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```