| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Peter J. D'Auria, Esq. (PD 3709)<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993 | **Order Filed on September 21, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Leticia Rojas,<br><br>Debtor. | Case No.: 18-19362(VFP)<br><br>Chapter 11<br><br>Hearing Date: Sept. 18, 2018 at 11:00 a.m.<br><br>Judge: Vincent F. Papalia |

## ORDER CONVERTING CHAPTER 11 CASE

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: September 21, 2018**
……

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**

Leticia Rojas

Chapter 11 Case No.: 18-19362(VFP)

**Order Converting Chapter 11 Case**

_____

      Upon consideration of the Motion of the Acting United States Trustee by and through counsel, for an Order Converting the Chapter 11 case to Chapter 7, pursuant to 11 U.S.C. § 1112(b), and notice of the motion having been given to the Debtor, Debtor's counsel and parties in interest,* and the Court having found cause for the entry of the within order, and good cause shown, it is hereby ORDERED AS FOLLOWS:

1. The chapter 11 case of Leticia Rojas, case number 18-19362(VFP), is hereby **CONVERTED** to a Chapter 7 case.

2. The rights of parties in interest to file a motion to dismiss the case, assert non-dischargeability claim(s), and seek other relief in the chapter 7 proceeding are reserved.

3. The Office of the United States Trustee shall immediately appoint a Chapter 7 Trustee.

*; and the Court having considered the submissions and arguments of the parties and having determined that conversion is in the best interests of creditors and the estate; and for the reasons set forth on the record on September 18, 2018;

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-19362-VFP
Leticia Rojas                                                               Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 21, 2018
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2018.
db             +Leticia Rojas,    640 Irvington Avenue,    Hillside, NJ 07205-3143
aty            +Wasserman, Jurista & Stolz, P.C.,    110 Allen Road,    Suite 304,    Basking Ridge, NJ 07920-4500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2018 at the address(es) listed below:
              David E. Mayland    on behalf of Creditor    Port Authority of New York and New Jersey
               dm@strasserlaw.com
              David E. Mayland    on behalf of Plaintiff    Port Authority of New York and New Jersey
               dm@strasserlaw.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               as successor in interest to JP Morgan Chase Bank, N.A. as Trustee, et al.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Leonard C. Walczyk    on behalf of Debtor Leticia  Rojas lwalczyk@wjslaw.com,
               lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
              Leonard C. Walczyk    on behalf of Defendant Leticia  Rojas lwalczyk@wjslaw.com,
               lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
              Michael Seth Adler    on behalf of Creditor    Local 282 Trust Funds madler@cwsny.com,
               ecf@cwsny.com
              Paul  Rubin    on behalf of Creditor    K&K Developers, Inc. prubin@rubinlawllc.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee, et al.
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 10