| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Leticia Rojas <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–2002 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| **Debtor 2:** <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 11    5/8/18 |
| Case number: | 18–19362–VFP | Date case converted to chapter: | 7    9/21/18 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Leticia Rojas | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 640 Irvington Avenue <br> Hillside, NJ 07205 | |
| **4.** | **Debtor's attorney** <br> Name and address | Leonard C. Walczyk <br> Wasserman, Jurista & Stolz <br> 110 Allen Road <br> Suite 304 <br> Basking Ridge, NJ 07920 | Contact phone (973) 467–2700 |
| **5.** | **Bankruptcy trustee** <br> Name and address | Jay L. Lubetkin <br> Rabinowitz, Lubetkin & Tully, L.L.C. <br> 293 Eisenhower Parkway, Suite 100 <br> Livingston, NJ 07039 | Contact phone 973–597–9100 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | MLK Jr Federal Building <br> 50 Walnut Street <br> Newark, NJ 07102 <br> Additional information may be available at the Court's Web Site: <br> www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) <br><br> Contact phone 973–645–4764 <br><br> Date: 9/25/18 |
| **7.** | **Meeting of creditors** <br><br> **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** <br><br> All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **October 18, 2018 at 02:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). <br><br> **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 12/17/18** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

```
                                   United States Bankruptcy Court
                                          District of New Jersey

In re:                                                                        Case No. 18-19362-VFP
Leticia Rojas                                                                 Chapter 7
         Debtor
                                          CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 4                   Date Rcvd: Sep 25, 2018
                               Form ID: 309A                Total Noticed: 119


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2018.
db             +Leticia Rojas,    640 Irvington Avenue,    Hillside, NJ 07205-3143
aty            +Wasserman, Jurista & Stolz, P.C.,    110 Allen Road,    Suite 304,   Basking Ridge, NJ 07920-4500
tr             +Jay L. Lubetkin,    Rabinowitz, Lubetkin & Tully, L.L.C.,    293 Eisenhower Parkway, Suite 100,
                 Livingston, NJ 07039-1711
517519015      +06 Progressive Insurance c/o,    Credit Collection,    Po Box 9134,
                 Needham Heights, MA 02494-9134
517730983      +Adam Carman, Esq.,    Law Office of Raskas,    371 Hoes Lane, Suite 105,
                 Piscataway, NJ 08854-4143
517519016      +Allied Interstate Collection Agency,    15 Hazelwood Drive,    Ste 102,   Buffalo, NY 14228-2229
517519021      +AmeriHealth HMO Inc,    Po Box 1788,   Newark, NJ 07101-1788
517519019      +American Dental Center C/o,    Transworld Systems,    507 Prudential Rd,
                 Horsham, PA 19044-2308
517519020      +American Education Services,    Po box 2461,   Harrisburg, PA 17105-2461
517519022      +Anethesia Assoc c/o David B. Watner,ESQ,    1129 Bloomfield Avenue,    Caldwell, NJ 07006-7127
517519023      +Angelo Bianchi, Esq,    4 York Avenue,   2nd floor,    Caldwell, NJ 07006-6407
517519024      +At&t Mobility c/o Bay Area Credit,    Po Box 467600,    Atlanta, GA 31146-7600
517519025      +Atkinson Truck Sales,    11541 US HWY 29,   Chatham, VA 24531-3467
517519026      +Atlantic Health System,    Overlook Hospital,   Po Box 35611,    Newark, NJ 07193-5611
517730981      +Atlantic Health System,    475 South St.,   PO Box 1905,    Morristown, NJ 07962-1905
517519027       Beverly Radiology Med Grp c/o,    Continental Credit Union,    22 N. Milpas Street, Ste C,
                 Santa Barbara, CA 93103-3300
517519028       Car Craft Truck Sales,    528 Industrial Loop West,    Staten Island, NY 10309
517519029      +Centinela Radiology Med Grp,    3075 East Imperial Highway,    Ste 200,   Brea, CA 92821-6753
517519030      +Charter Communication c/o,    Enchanged Recovery Corp,    Po Box 57547,
                 Jacksonville, FL 32241-7547
517519031      +Chartis Property Casulaty Co. a/s/o,    Terius Youngdell Nash c/o,    Wenig & Wenig, LLC,
                 150 Broadway Ste 911,    New York, NY 10038-4395
517730976      +Citizens Bank,    One Citizens Plaza,   Providence, RI 02903-1339
517519032      +Common Wealth Pennsylvania,    County of Northampton,    718 South Main Street,   Po Box 186,
                 Bangor, PA 18013-0186
517519033      +Corp. Investigation Bureau, Inc,    555 N. Plesantburg, Dr,    Greenville, SC 29607-2194
517519038       DMV Debt Collection and Enforcement Unit,    Po Box 2950-ESP,    Albany, NY 12220-0950
517519035      +Developer's Network Inc c/o,    Elina Lazich, Esq,    1207 East Grand Street,
                 Elizabeth, NJ 07201-2319
517519036       Development Networks,    127 E. Grand Street,   Elizabeth, NJ 07201
517519037      +Digital Imaging Products,    Po Box 461239,   Los Angeles, CA 90046-9239
517519039      +EZ Pass Violation Processing,    Po Box 52002,   Newark, NJ 07101-8202
517519041      +First Insurance Company,    450 Shokie Blvd.,   Ste 1000,    Northbrook, IL 60062-7917
517730975      +GEICO,   c/o Credit Collection Services,    5260 Western Ave.,    Chevy Chase, MD 20815-3799
517519042       Gaine Mkrtchian c/o Liana Stepanyan, Esq,    330 Arden Avenue,    Ste 220,   San Diego, CA 92103
517519043      +Geico Ins c/o,    John Kennedy, Esq,   371 Hoes Lane, Ste 105,    Piscataway, NJ 08854-4143
517519045      +HUB International,    100 Sunnyside Blvd,   Woodbury, NY 11797-2925
517519044      +Holland & Knight,    31 W. 52nd Street,   New York, NY 10019-6111
517730977      +Horizon BCBS,    3 Penn Plaza East,   Newark, NJ 07105-2200
517647461      +Hudson City Savings Bank,    c/o Parker McCay,   9000 Midlantic Dr., Suite 300,
                 Mount Laurel, NJ 08054-1539
517519047      +IBT Teamster Local 282,    2500 Marcus Avenue,   New Hyde Park, NY 11042-1097
517519046      +Ian Woloshin , et al c/o,    Cammarata, Nutley & Garrigan LLC,    549 Summit Avenue,
                 Jersey City, NJ 07306-2701
517730980      +Inpatient Medical Associates,    3 Century Drive,    Parsippany, NJ 07054-4610
517519048      +Inter City Tire & Auto Ctr Inc,    777 Dowd Avenue,    Elizabeth, NJ 07201-2118
517519050      +Johnson c/o,    Blume Donnelly Fried Forte,   A Professional Corporation,    One Main Street,
                 Chatham, NJ 07928-2426
517519051      +K&K Developers,    C/O Wilf Law Firm,   820 Morris Turnpike,    Short Hills, NJ 07078-2624
517647464      +K&K Developers, Inc.,    c/o Wilf Law Firm, LLP,    820 Morris Tpke., Suite 201,
                 Short Hills, NJ 07078-2619
517519053      +KML Law Group, PC,    216 Haddon Avenue, Suite 406,    Collingswood, NJ 08108-2812
517519052      +Kevin J. Corry c/o,    Bart A.Chase, Esq,   450 Springfield Avenue,    Summit, NJ 07901-2611
517519054      +Liberty Mutual c/o,    Nudelman & Ziering,   425 Eagle Rock Av,    Roseland, NJ 07068-1787
517519055      +Medical c/o CNTL-JER ADJ,    201 Central Avenue,    Westfield, NJ 07090-2151
517730973      +Menders Landscaping,    27 Hawkins St.,   Newark, NJ 07105-3969
517730974      +Monterrey Collections,    4095 Avenida de La Plata,    Oceanside, CA 92056-5802
517519057     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,      350 Highland Dr.,   Lewisville, TX 75067)
517519061      +NJ Child Hospital Med Grp c/o,    Schachter Portnoy, LLC,    3490 U. S. Route 1,
                 Princeton, NJ 08540-5920
517519062      +NJ Department of Labor and Workforce,    Dev. Divison of Employer Accts,    Po Box 059,
                 Trenton, NJ 08625-0059
517519063      +NJ Dept. of Environmental Protection,    Po Box 420,    Trenton, NJ 08625-0420
517519064      +NJ Manufactures Payment Plan,    Heitner & Breitstein,    28 N. Main Street,
                 Marlboro, NJ 07746-1429
517519065      +NYC Department of Finance,    Po Box 3644,   New York, NY 10008-3644
517519066      +NYC Finance,    59 Maiden Lane,   New York, NY 10038-4613
517680454      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
```

```
District/off: 0312-2          User: admin                  Page 2 of 4                  Date Rcvd: Sep 25, 2018
                              Form ID: 309A                Total Noticed: 119


517598653     +Nelnet on behalf of NJOSA,    4 Quakerbridge Plaza,,    Trenton, NJ 08619-1241
517519058     +New Jersey Motor Vehicle Commission,    State of New Jersey,    Motor Vehicle Commisson,
                Trenton, NJ 08666-0001
517519059     +New York State Deparment of Taxation,    and Finance,    Civil Enforcement-Coll Vendr Suprt Unit,
                Po Box 5290,    Albany, NY 12205-0290
517519060     +New York State Department of Taxation,    and Finance c/o Pioneer Credit Recovery,
                26 Edward St,    Arcade, NY 14009-1012
517639232     +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
517519068     +PNC Bank, National Assoication,    P5PCLCA1N,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
517730984     +PSE&G Collection Dept.,    PO Box 490,    Cranford, NJ 07016-0490
517519067     +Patriot Ins,    401 E. Las Olas Blvd,    Ste 1650,    Fort Lauderdale, FL 33301-4252
517519069     +Port Authority of NY and NJ c/o,    Strasser & Associates, PC,    7 East Ridgewood Avenue,
                Paramus, NJ 07652-3601
517536475     +Prosperlty Group, Inc,    Warshaw Law Firm LLC,    PO Box 276,    Liberty Corner, NJ 07938-0276
517519073     +Revenue Assurance Partners,    MCB Trucking,    19399 Heleberg Road,    Covington, LA 70433-5392
517519072     +Revenue Assurance Partners,    NCB Trucking,    19399 Heleberg Road,    Covington, LA 70433-5392
517519074     +Revenue Assurance Partners,    Prsperity Group,    19399 Heleberg Road,
                Covington, LA 70433-5392
517730979     +STARX Allergy & Asthma Center,    400 Mountain Blvd.,    Springfield, NJ 07081-2515
517519075     +Salazar Trucking LLC c/o,    Mario Blanch, Esq,    440-65th Street,
                West New York, NJ 07093-2535
517647463     +Shankar Iyer, DDS,    815 Salem Ave.,    Elizabeth, NJ 07208-2340
517519080     +State of NJ  c/o,    Penn Credit,    916 S. 214th Street,    Po Box 988,
                Harrisburg, PA 17108-0988
517519078     +State of New Jersey Department of,    Environmental Protection Site Remed. Prg,
                Mail Code 401-06T,    Po Box 420,    Trenton, NJ 08625-0420
517519079     +State of New Jersey Dept of Taxation,    Po Box 286,    Trenton, NJ 08695-0286
517519077     +State of New Jersey c/o,    Pressler & Pressler, Esq,    7 Entin Road,
                Parsippany, NJ 07054-5020
517519081     +Sterling Venture Capital Inc c/o,    Warshaw Law Firm, LLC,    266 King George Road, Ste C-2,
                Warren, NJ 07059-5187
517536507     +Sterling Venture Capital Inc.,    Warshaw Law Firm LLC,    PO Box  276,
                Liberty Corner, NJ 07938-0276
517519082     +Stroz Fridberg c/o Slater, Tanglia, Frit,     & Hunt, PA,    301 Third Street,
                Ocean City, NJ 08226-4007
517730982     +Summit Medical Group,    1 Diamond Hill Road,    Berkeley Heights, NJ 07922-2104
517519083     +Summit Medical Group, PA,    Attn: Business Office Admin,    150 Floral Avenue,
                New Providence, NJ 07974-1557
517519084     +Summit Radiological Associates c/o,    Simons Agency Inc,    4963 Wintersweet Drive,
                Liverpool, NY 13088-2176
517519085     +Tabor & Company,    Po Box 409,    75 S. Maple Avenue,    Basking Ridge, NJ 07920-1230
517589477     +The Bank Of New York Mellon,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517590699     +The Bank of New York Mellon,    RAS Crane, LLC,    Bankruptcy Department,
                10700 Abbott's Bridge Rd, Ste 170,    Duluth, GA 30097-8461
517647462     +The Bank of New York Mellon,    101 Barclay Street 4W,    New York, NY 10286-0001
517519086     +The Norfolk & Dedham Group c/o,    Assoicated Credit Service, Inc,    115 Flanders Road, Ste 140,
                Po Box 5171,    Westborough, MA 01581-5171
517519087     +The Port Authority of NY and NJ c/o,    Strasser & Associates,    7 East Ridgewood Avenue,
                Paramus, NJ 07652-3601
517519088     +Trinitas Hosptial c/o AFM Fin. Ser.,    1150 Raritan Rd Ste 103,    Cranford, NJ 07016-3369
517519089     +Two Bank/Two River Comm. Bank c/o,    Jorge A. Batista, Esq,    900 Westminster Avenue,
                Hillside, NJ 07205-2923
517519090     +Union Emerg c/o B&B Collection,    Po Box 2137,    Toms River, NJ 08754-2137
517730972     +Vantage Sourcing (Verizon Wireless),    1 Verizon Way,    Basking Ridge, NJ 07920-1025
517519091     +Verizon C/o RMS,    305 Fellowship Rd #100,    Po Box 5471,    Mount Laurel, NJ 08054-5471
517519092     +Verizon Wireless Premium Retailer,    318 Route 4 East,    Paramus, NJ 07652-5105
517519093     +Vita  Pain Relief Cen. c/o,    Pressler & Pressler,    7 Century Drive Ste 201,
                Parsippany, NJ 07054-4609
517519094     +Weiner Lesniak,    629 Parsippany Rd,    Parsippany, NJ 07054-3799
517519095     +Wireless Depot /Verizon Retailer Diana/,    Rebeka c/o,    149 East 23d Street,    Suite 1148,
                New York, NY 10010-3765

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: lwalczyk@wjslaw.com Sep 25 2018 23:46:08      Leonard C. Walczyk,
                 Wasserman, Jurista & Stolz,    110 Allen Road,    Suite 304,    Basking Ridge, NJ  07920
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2018 23:47:16      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2018 23:47:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517519018      +E-mail/Text: ecf@buckleyking.com Sep 25 2018 23:46:28      AM Trust North America, Inc,
                 c/o Buckley King LPA,    Aln C. Hochheiser, Esq,    600 Superior Avenue,
                 Cleveland, OH 44114-2652
517519017      +EDI: CCS.COM Sep 26 2018 03:03:00      Allstate NJ Insurance Company c/o,
                 Credit Collection Service,    Two Wells Avenue,    Newton Center, MA 02459-3246
517567173       EDI: CAPITALONE.COM Sep 26 2018 03:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517730971      +EDI: DCI.COM Sep 26 2018 03:03:00      Diversified Consultants (Verizon Wireless),
                 10550 Deerwood Park Blvd, Suite 309,    Jacksonville, FL 32256-2805
```

```
District/off: 0312-2           User: admin             Page 3 of 4             Date Rcvd: Sep 25, 2018
                               Form ID: 309A           Total Noticed: 119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517519049         EDI: IRS.COM Sep 26 2018 03:03:00      Internal Revenue Service,    Po Box 7346,
                   Philadelphia, PA 19101-7346.
517647460         E-mail/Text: camanagement@mtb.com Sep 25 2018 23:46:53        M&T Bank,    80 W. Century road,
                   Paramus, NJ  07652
517519056         EDI: DAIMLER.COM Sep 26 2018 03:03:00      Mercedes-Benz  Fin Svcs,
                   13650 Heritage Valley Parkway,    Fort Worth, TX 76177
517730970        +E-mail/Text: electronicbkydocs@nelnet.net Sep 25 2018 23:47:17        NELLNET,   PO Box 82561,
                   Lincoln, NE 68501-2561
517635799        +E-mail/Text: electronicbkydocs@nelnet.net Sep 25 2018 23:47:17        Nelnet,
                   121 South 13th Street, Suite 201,    Lincoln, NE 68508-1922
517621485        +E-mail/Text: bankruptcy@pseg.com Sep 25 2018 23:46:25       PSE&G,    Attn: Bankruptcy,
                   PO Box 490,   Cranford NJ 07016-0490
517519070        +E-mail/Text: dwarshaw@warshawlawfirm.com Sep 25 2018 23:47:37
                   Prosperity Group, Inc c/o Warshaw Law,    Firm, LLC,    266 King George Road, Ste C-2,
                   Warren, NJ 07059-5187
517742766         E-mail/Text: bkdepartment@rtresolutions.com Sep 25 2018 23:47:21
                   Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                   Dallas, Texas 75247-4029
517519071        +E-mail/Text: bkdepartment@rtresolutions.com Sep 25 2018 23:47:21        Real time Resolution,
                   1750 Regal Row Drive,    Ste 120,   Dallas, TX 75235-2287
517538856        +EDI: AIS.COM Sep 26 2018 03:03:00      T Mobile/T-Mobile USA Inc,
                   by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517643991        +EDI: AIS.COM Sep 26 2018 03:03:00      Verizon,    by American InfoSource LP as agent,
                   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517730978        +EDI: VERIZONCOMB.COM Sep 26 2018 03:03:00      Verizon,    1 Verizon Way,
                   Basking Ridge, NJ 07920-1097
517519096        +E-mail/Text: vanessa.adams@xerox.com Sep 25 2018 23:46:52        Xerox Corporation,
                   1303 Ridgeview Dr,   Lewisville, TX 75057-6018
517519097        +E-mail/Text: bankruptcy@yellowstonecapllc.com Sep 25 2018 23:47:48        Yellowstone Capital LLC,
                   160 Pearl St,   5th Floor,   New York, NY 10005-1631
                                                                                               TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517730969        Amended Creditors Matrix
517730968        Leticia Rojas,   Case No. 18-19362(VFP)
517519034       ##+Corporate Investigation Bureau, Inc,   555 N. Pleasantburg Drive,    Park Central, Ste 150,
                   Greenville, SC 29607-2190
517519040       ##+Fidelity Creditor c/o,   Raffi Margossian DDS, MSD,    216 South Louise S,
                   Glendale, CA 91205-1637
517519076       ##+Sive,Paget & Riesel, P.C.,   460 Park Avenue,   New York, NY 10022-1835
                                                                                    TOTALS: 2, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2018 at the address(es) listed below:
          David E. Mayland    on behalf of Plaintiff   Port Authority of New York and New Jersey
             dm@strasserlaw.com
          David E. Mayland    on behalf of Creditor   Port Authority of New York and New Jersey
             dm@strasserlaw.com
```

```
District/off: 0312-2          User: admin              Page 4 of 4              Date Rcvd: Sep 25, 2018
                              Form ID: 309A            Total Noticed: 119
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee, et al. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com, rgaydos@rltlawfirm.com
          Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Leonard C. Walczyk    on behalf of Debtor Leticia  Rojas lwalczyk@wjslaw.com, lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
          Leonard C. Walczyk    on behalf of Defendant Leticia  Rojas lwalczyk@wjslaw.com, lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
          Michael Seth Adler    on behalf of Creditor    Local 282 Trust Funds madler@cwsny.com, ecf@cwsny.com
          Paul  Rubin    on behalf of Creditor    K&K Developers, Inc. prubin@rubinlawllc.com
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee, et al. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                         TOTAL: 12