| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>110 Allen Road, Suite 304<br>Basking Ridge, New Jersey 07920<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>*Counsel for Debtor*<br>**LEONARD C. WALCZYK, ESQ.** | **Order Filed on December 17, 2018**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| **In Re:**<br><br>**LETICIA ROJAS,**<br><br>                    Debtor in Possession. | Chapter 11<br><br>Case No. 18-19362(VFP)<br><br>Honorable Vincent F. Papalia<br><br>Hearing Date: |

# ORDER APPROVING WAIVER OF DISCHARGE

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: December 17, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**(Page** 2**)**

Debtor: Leticia Rojas

Case No.: Case No.: 18-19362(VFP)

Caption of Order: Order Approving Waiver of Discharge

---

The Debtor herein having executed on December 1, 2018 a written waiver of her discharge as provided in §727(a)(10) of Title 11, United States Code, it is

ORDERED, that said waiver of discharge, dated December 1, 2018 be and the same hereby is approved, and it is further

ORDERED, ADJUDGED AND DECREED, that the discharge of Leticia Rojas, the Debtor herein, be, and the same is hereby denied.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-19362-VFP
Leticia Rojas                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin          Page 1 of 1          Date Rcvd: Dec 17, 2018
                       Form ID: pdf903       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
db          +Leticia Rojas,   640 Irvington Avenue,   Hillside, NJ 07205-3143
aty         +Wasserman, Jurista & Stolz, P.C.,   110 Allen Road,   Suite 304,   Basking Ridge, NJ 07920-4500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2018 at the address(es) listed below:
          David E. Mayland    on behalf of Creditor    Port Authority of New York and New Jersey
           dm@strasserlaw.com
          David E. Mayland    on behalf of Plaintiff    Port Authority of New York and New Jersey
           dm@strasserlaw.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
           as successor in interest to JP Morgan Chase Bank, N.A. as Trustee, et al.
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Leonard C. Walczyk    on behalf of Debtor Leticia  Rojas lwalczyk@wjslaw.com,
           lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
          Leonard C. Walczyk    on behalf of Defendant Leticia  Rojas lwalczyk@wjslaw.com,
           lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
          Margaret Mcgee    on behalf of U.S. Trustee    United States Trustee maggie.mcgee@usdoj.gov
          Michael Seth Adler    on behalf of Creditor    Local 282 Trust Funds madler@cwsny.com,
           ecf@cwsny.com
          Paul  Rubin    on behalf of Creditor    K&K Developers, Inc. prubin@rubinlawllc.com
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
           YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee, et al.
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 13