**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Vincent F. Papalia, U.S. Bankruptcy Judge

| **CASE NUMBER:** 18−19362−VFP | **DATE FILED::** 5/8/18 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): Leticia Rojas xxx−xx−2002 | ADDRESS OF DEBTOR(S): 640 Irvington Avenue Hillside, NJ 07205 |
| DEBTOR'S ATTORNEY: Leonard C. Walczyk Wasserman, Jurista & Stolz 110 Allen Road Suite 304 Basking Ridge, NJ 07920 (973) 467−2700 | TRUSTEE: Jay L. Lubetkin Rabinowitz, Lubetkin & Tully, L.L.C. 293 Eisenhower Parkway, Suite 100 Livingston, NJ 07039 973−597−9100 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

4/2/19

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: January 2, 2019                                          FOR THE COURT
                                                                Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-19362-VFP
Leticia Rojas                                                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 4              Date Rcvd: Jan 02, 2019
                              Form ID: noa              Total Noticed: 121

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2019.

```
db            +Leticia Rojas,    640 Irvington Avenue,    Hillside, NJ 07205-3143
aty           +Wasserman, Jurista & Stolz, P.C.,    110 Allen Road,    Suite 304,    Basking Ridge, NJ 07920-4500
sp             Hiram I Arnaud,    900 Third Avenue,    Floor 21,    New York, NY 10022-4869
cr            +K&K Developers, Inc.,    c/o Garden Homes Development,    820 Morris Turnpike,
                Short Hills, NJ 07078-2624
cr            +Local 282 Trust Funds,    2500 Marcus Avenue,    Lake Success, NY 11042-1018
cr            +Port Authority of New York and New Jersey,    7 East Ridgewood Ave.,
                c/o Strasser & Associates, P.C.,    Paramus, NJ 07652-3601
517519015     +06 Progressive Insurance c/o,    Credit Collection,    Po Box 9134,
                Needham Heights, MA 02494-9134
517730983     +Adam Carman, Esq.,    Law Office of Raskas,    371 Hoes Lane, Suite 105,
                Piscataway, NJ 08854-4143
517519016     +Allied Interstate Collection Agency,    15 Hazelwood Drive,    Ste 102,    Buffalo, NY 14228-2229
517519021     +AmeriHealth HMO Inc,    Po Box 1788,    Newark, NJ 07101-1788
517519019     +American Dental Center C/o,    Transworld Systems,    507 Prudential Rd,
                Horsham, PA 19044-2308
517519020     +American Education Services,    Po box 2461,    Harrisburg, PA 17105-2461
517519022     +Anethesia Assoc c/o David B. Watner,ESQ,    1129 Bloomfield Avenue,    Caldwell, NJ 07006-7127
517519023     +Angelo Bianchi, Esq,    4 York Avenue,    2nd floor,    Caldwell, NJ 07006-6407
517519024     +At&t Mobility c/o Bay Area Credit,    Po Box 467600,    Atlanta, GA 31146-7600
517519025     +Atkinson Truck Sales,    11541 US HWY 29,    Chatham, VA 24531-3467
517519026     +Atlantic Health System,    Overlook Hospital,    Po Box 35611,    Newark, NJ 07193-5611
517730981     +Atlantic Health System,    475 South St.,    PO Box 1905,    Morristown, NJ 07962-1905
517519027      Beverly Radiology Med Grp c/o,    Continental Credit Union,    22 N. Milpas Street, Ste C,
                Santa Barbara, CA 93103-3300
517519028      Car Craft Truck Sales,    528 Industrial Loop West,    Staten Island, NY 10309
517519029     +Centinela Radiology Med Grp,    3075 East Imperial Highway,    Ste 200,    Brea, CA 92821-6753
517519030     +Charter Communication c/o,    Enchanged Recovery Corp,    Po Box 57547,
                Jacksonville, FL 32241-7547
517519031     +Chartis Property Casulaty Co. a/s/o,    Terius Youngdell Nash c/o,    Wenig & Wenig, LLC,
                150 Broadway Ste 911,    New York, NY 10038-4395
517730976     +Citizens Bank,    One Citizens Plaza,    Providence, RI 02903-1339
517519032     +Common Wealth Pennsylvania,    County of Northampton,    718 South Main Street,    Po Box 186,
                Bangor, PA 18013-0186
517519038      DMV Debt Collection and Enforcement Unit,    Po Box 2950-ESP,    Albany, NY 12220-0950
517519035     +Developer's Network Inc c/o,    Elina Lazich, Esq,    1207 East Grand Street,
                Elizabeth, NJ 07201-2319
517519036      Development Networks,    127 E. Grand Street,    Elizabeth, NJ 07201
517519037     +Digital Imaging Products,    Po Box 461239,    Los Angeles, CA 90046-9239
517519039     +EZ Pass Violation Processing,    Po Box 52002,    Newark, NJ 07101-8202
517519041     +First Insurance Company,    450 Shokie Blvd.,    Ste 1000,    Northbrook, IL 60062-7917
517730975     +GEICO,    c/o Credit Collection Services,    5260 Western Ave.,    Chevy Chase, MD 20815-3799
517519042      Gaine Mkrtchian c/o Liana Stepanyan, Esq,    330 Arden Avenue,    Ste 220,    San Diego, CA 92103
517519043     +Geico Ins c/o,    John Kennedy, Esq,    371 Hoes Lane, Ste 105,    Piscataway, NJ 08854-4143
517519045     +HUB International,    100 Sunnyside Blvd,    Woodbury, NY 11797-2925
517519044     +Holland & Knight,    31 W. 52nd Street,    New York, NY 10019-6111
517730977     +Horizon BCBS,    3 Penn Plaza East,    Newark, NJ 07105-2200
517647461     +Hudson City Savings Bank,    c/o Parker McCay,    9000 Midlantic Dr., Suite 300,
                Mount Laurel, NJ 08054-1539
517519047     +IBT Teamster Local 282,    2500 Marcus Avenue,    New Hyde Park, NY 11042-1097
517519046     +Ian Woloshin , et al c/o,    Cammarata, Nutley & Garrigan LLC,    549 Summit Avenue,
                Jersey City, NJ 07306-2701
517730980      Inpatient Medical Associates,    3 Century Drive,    Parsippany, NJ 07054-4610
517519048     +Inter City Tire & Auto Ctr Inc,    777 Dowd Avenue,    Elizabeth, NJ 07201-2118
517519050     +Johnson c/o,    Blume Donnelly Fried Forte,    A Professional Corporation,    One Main Street,
                Chatham, NJ 07928-2426
517519051     +K&K Developers,    C/O Wilf Law Firm,    820 Morris Turnpike,    Short Hills, NJ 07078-2624
517647464     +K&K Developers, Inc.,    c/o Wilf Law Firm, LLP,    820 Morris Tpke., Suite 201,
                Short Hills, NJ 07078-2619
517519053     +KML Law Group, PC,    216 Haddon Avenue, Suite 406,    Collingswood, NJ 08108-2812
517519052     +Kevin J. Corry c/o,    Bart A.Chase, Esq,    450 Springfield Avenue,    Summit, NJ 07901-2611
517519054     +Liberty Mutual c/o,    Nudelman & Ziering,    425 Eagle Rock Av,    Roseland, NJ 07068-1787
517519055     +Medical c/o CNTL-JER ADJ,    201 Central Avenue,    Westfield, NJ 07090-2151
517730973     +Menders Landscaping,    27 Hawkins St.,    Newark, NJ 07105-3969
517730974     +Monterrey Collections,    4095 Avenida de La Plata,    Oceanside, CA 92056-5802
517519057    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,    350 Highland Dr.,    Lewisville, TX 75067)
517519061     +NJ Child Hospital Med Grp c/o,    Schachter Portnoy, LLC,    3490 U. S. Route 1,
                Princeton, NJ 08540-5920
517519062     +NJ Department of Labor and Workforce,    Dev. Divison of Employer Accts,    Po Box 059,
                Trenton, NJ 08625-0059
517519063     +NJ Dept. of Environmental Protection,    Po Box 420,    Trenton, NJ 08625-0420
517519064     +NJ Manufactures Payment Plan,    Heitner & Breitstein,    28 N. Main Street,
                Marlboro, NJ 07746-1429
517519065     +NYC Department of Finance,    Po Box 3644,    New York, NY 10008-3644
```

```
District/off: 0312-2          User: admin               Page 2 of 4             Date Rcvd: Jan 02, 2019
                              Form ID: noa              Total Noticed: 121


517519066      +NYC Finance,   59 Maiden Lane,   New York, NY 10038-4613
517680454      +Nationstar Mortgage LLC d/b/a Mr. Cooper,   P.O. Box 619096,   Dallas, TX 75261-9096
517598653      +Nelnet on behalf of NJOSA,   4 Quakerbridge Plaza,,   Trenton, NJ 08619-1241
517519058      +New Jersey Motor Vehicle Commission,   State of New Jersey,   Motor Vehicle Commisson,
                 Trenton, NJ 08666-0001
517519059      +New York State Deparment of Taxation,   and Finance,   Civil Enforcement-Coll Vendr Suprt Unit,
                 Po Box 5290,   Albany, NY 12205-0290
517519060      +New York State Department of Taxation,   and Finance c/o Pioneer Credit Recovery,
                 26 Edward St,   Arcade, NY 14009-1012
517639232      +PNC Bank, N.A.,   PO Box 94982,   Cleveland, OH 44101-4982
517519068      +PNC Bank, National Assoication,   P5PCLCA1N,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4704
517730984      +PSE&G Collection Dept.,   PO Box 490,   Cranford, NJ 07016-0490
517519067      +Patriot Ins,   401 E. Las Olas Blvd,   Ste 1650,   Fort Lauderdale, FL 33301-4252
517519069      +Port Authority of NY and NJ c/o,   Strasser & Associates, PC,   7 East Ridgewood Avenue,
                 Paramus, NJ 07652-3601
517536475      +Prosperlty Group, Inc,   Warshaw Law Firm LLC,   PO Box 276,   Liberty Corner, NJ 07938-0276
517519073      +Revenue Assurance Partners,   MCB Trucking,   19399 Heleberg Road,   Covington, LA 70433-5392
517519072      +Revenue Assurance Partners,   NCB Trucking,   19399 Heleberg Road,   Covington, LA 70433-5392
517519074      +Revenue Assurance Partners,   Prsperity Group,   19399 Heleberg Road,
                 Covington, LA 70433-5392
517730979      +STARX Allergy & Asthma Center,   400 Mountain Blvd.,   Springfield, NJ 07081-2515
517519075      +Salazar Trucking LLC c/o,   Mario Blanch, Esq,   440-65th Street,
                 West New York, NJ 07093-2535
517647463      +Shankar Iyer, DDS,   815 Salem Ave.,   Elizabeth, NJ 07208-2340
517519080      +State of NJ  c/o,   Penn Credit,   916 S. 214th Street,   Po Box 988,
                 Harrisburg, PA 17108-0988
517519078      +State of New Jersey Department of,   Environmental Protection Site Remed. Prg,
                 Mail Code 401-06T,   Po Box 420,   Trenton, NJ 08625-0420
517519079      +State of New Jersey Dept of Taxation,   Po Box 286,   Trenton, NJ 08695-0286
517519077      +State of New Jersey c/o,   Pressler & Pressler, Esq,   7 Entin Road,
                 Parsippany, NJ 07054-5020
517519081      +Sterling Venture Capital Inc c/o,   Warshaw Law Firm, LLC,   266 King George Road, Ste C-2,
                 Warren, NJ 07059-5187
517536507      +Sterling Venture Capital Inc.,   Warshaw Law Firm LLC,   PO Box  276,
                 Liberty Corner, NJ 07938-0276
517519082      +Stroz Fridberg c/o Slater, Tanglia, Frit,   & Hunt, PA,   301 Third Street,
                 Ocean City, NJ 08226-4007
517730982      +Summit Medical Group,   1 Diamond Hill Road,   Berkeley Heights, NJ 07922-2104
517519083      +Summit Medical Group, PA,   Attn: Business Office Admin,   150 Floral Avenue,
                 New Providence, NJ 07974-1557
517519084      +Summit Radiological Associates c/o,   Simons Agency Inc,   4963 Wintersweet Drive,
                 Liverpool, NY 13088-2176
517519085      +Tabor & Company,   Po Box 409,   75 S. Maple Avenue,   Basking Ridge, NJ 07920-1230
517589477      +The Bank Of New York Mellon,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
517647462      +The Bank of New York Mellon,   101 Barclay Street 4W,   New York, NY 10286-0001
517590699      +The Bank of New York Mellon,   RAS Crane, LLC,   Bankruptcy Department,
                 10700 Abbott's Bridge Rd, Ste 170,   Duluth, GA 30097-8461
517519086      +The Norfolk & Dedham Group c/o,   Assoicated Credit Service, Inc,   115 Flanders Road, Ste 140,
                 Po Box 5171,   Westborough, MA 01581-5171
517519087      +The Port Authority of NY and NJ c/o,   Strasser & Associates,   7 East Ridgewood Avenue,
                 Paramus, NJ 07652-3601
517519088      +Trinitas Hosptial c/o AFM Fin. Ser.,   1150 Raritan Rd Ste 103,   Cranford, NJ 07016-3369
517519089      +Two Bank/Two River Comm. Bank c/o,   Jorge A. Batista, Esq,   900 Westminster Avenue,
                 Hillside, NJ 07205-2923
517519090      +Union Emerg c/o B&B Collection,   Po Box 2137,   Toms River, NJ 08754-2137
517730972      +Vantage Sourcing (Verizon Wireless),   1 Verizon Way,   Basking Ridge, NJ 07920-1025
517519091      +Verizon C/o RMS,   305 Fellowship Rd #100,   Po Box 5471,   Mount Laurel, NJ 08054-5471
517519092      +Verizon Wireless Premium Retailer,   318 Route 4 East,   Paramus, NJ 07652-5105
517519093      +Vita  Pain Relief Cen. c/o,   Pressler & Pressler,   7 Century Drive Ste 201,
                 Parsippany, NJ 07054-4609
517519094      +Weiner Lesniak,   629 Parsippany Rd,   Parsippany, NJ 07054-3799
517519095      +Wireless Depot /Verizon Retailer Diana/,   Rebeka c/o,   149 East 23d Street,   Suite 1148,
                 New York, NY 10010-3765

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 03 2019 01:07:43     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2019 01:07:41     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517519018     +E-mail/Text: ecf@buckleyking.com Jan 03 2019 01:07:13     AM Trust North America, Inc,
                 c/o Buckley King LPA,   Aln C. Hochheiser, Esq,   600 Superior Avenue,
                 Cleveland, OH 44114-2652
517519017     +EDI: CCS.COM Jan 03 2019 05:58:00     Allstate NJ Insurance Company c/o,
                 Credit Collection Service,   Two Wells Avenue,   Newton Center, MA 02459-3246
517567173      EDI: CAPITALONE.COM Jan 03 2019 05:58:00     Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
517730971     +EDI: DCI.COM Jan 03 2019 05:58:00     Diversified Consultants (Verizon Wireless),
                 10550 Deerwood Park Blvd, Suite 309,   Jacksonville, FL 32256-2805
```

```
District/off: 0312-2          User: admin                Page 3 of 4            Date Rcvd: Jan 02, 2019
                              Form ID: noa               Total Noticed: 121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517519049      EDI: IRS.COM Jan 03 2019 05:58:00      Internal Revenue Service,    Po Box 7346,
                Philadelphia, PA 19101-7346
517647460      E-mail/Text: camanagement@mtb.com Jan 03 2019 01:07:30       M&T Bank,   80 W. Century road,
                Paramus, NJ  07652
517519056      EDI: DAIMLER.COM Jan 03 2019 05:58:00      Mercedes-Benz  Fin Svcs,
                13650 Heritage Valley Parkway,    Fort Worth, TX 76177
517730970     +E-mail/Text: electronicbkydocs@nelnet.net Jan 03 2019 01:07:45       NELLNET,   PO Box 82561,
                Lincoln, NE 68501-2561
517635799     +E-mail/Text: electronicbkydocs@nelnet.net Jan 03 2019 01:07:45       Nelnet,
                121 South 13th Street, Suite 201,    Lincoln, NE 68508-1922
517621485     +E-mail/Text: bankruptcy@pseg.com Jan 03 2019 01:07:11       PSE&G,   Attn: Bankruptcy,
                PO Box 490,   Cranford NJ 07016-0490
517519070     +E-mail/Text: dwarshaw@warshawlawfirm.com Jan 03 2019 01:08:01
                Prosperity Group, Inc c/o Warshaw Law,    Firm, LLC,   266 King George Road, Ste C-2,
                Warren, NJ 07059-5187
517742766      E-mail/Text: bkdepartment@rtresolutions.com Jan 03 2019 01:07:49
                Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                Dallas, Texas 75247-4029
517519071     +E-mail/Text: bkdepartment@rtresolutions.com Jan 03 2019 01:07:49       Real time Resolution,
                1750 Regal Row Drive,    Ste 120,   Dallas, TX 75235-2287
517538856     +EDI: AIS.COM Jan 03 2019 05:58:00      T Mobile/T-Mobile USA Inc,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517860685     +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2019 01:07:41       United States Trustee,
                One Newark Center,   Suite 2100,    Newark, NJ 07102-5235
517643991     +EDI: AIS.COM Jan 03 2019 05:58:00      Verizon,   by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517730978     +EDI: VERIZONCOMB.COM Jan 03 2019 05:58:00      Verizon,   1 Verizon Way,
                Basking Ridge, NJ 07920-1097
517519096     +E-mail/Text: vanessa.adams@xerox.com Jan 03 2019 01:07:29       Xerox Corporation,
                1303 Ridgeview Dr,   Lewisville, TX 75057-6018
517519097     +E-mail/Text: bankruptcy@yellowstonecapllc.com Jan 03 2019 01:08:11       Yellowstone Capital LLC,
                160 Pearl St,   5th Floor,   New York, NY 10005-1631
                                                                                              TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517730969       Amended Creditors Matrix
517730968       Leticia Rojas,    Case No. 18-19362(VFP)
cr*            +The Bank of New York Mellon,    Robertson, Anschutz, & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517519033     ##+Corp. Investigation Bureau, Inc,    555 N. Plesantburg, Dr,   Greenville, SC 29607-2194
517519034     ##+Corporate Investigation Bureau, Inc,    555 N. Pleasantburg Drive,   Park Central, Ste 150,
                Greenville, SC 29607-2190
517519040     ##+Fidelity Creditor c/o,   Raffi Margossian DDS, MSD,    216 South Louise S,
                Glendale, CA 91205-1637
517519076     ##+Sive,Paget & Riesel, P.C.,    460 Park Avenue,   New York, NY 10022-1835
                                                                                   TOTALS: 2, * 1, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2019                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 4 of 4              Date Rcvd: Jan 02, 2019
                              Form ID: noa               Total Noticed: 121
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2019 at the address(es) listed below:

```
          David E. Mayland    on behalf of Plaintiff    Port Authority of New York and New Jersey
           dm@strasserlaw.com
          David E. Mayland    on behalf of Creditor    Port Authority of New York and New Jersey
           dm@strasserlaw.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
           as successor in interest to JP Morgan Chase Bank, N.A. as Trustee, et al.
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
           NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
          Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Leonard C. Walczyk    on behalf of Debtor Leticia  Rojas lwalczyk@wjslaw.com,
           lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
          Leonard C. Walczyk    on behalf of Defendant Leticia  Rojas lwalczyk@wjslaw.com,
           lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
          Margaret  Mcgee    on behalf of U.S. Trustee    United States Trustee maggie.mcgee@usdoj.gov
          Michael Seth Adler    on behalf of Creditor    Local 282 Trust Funds madler@cwsny.com,
           ecf@cwsny.com
          Paul  Rubin    on behalf of Creditor    K&K Developers, Inc. prubin@rubinlawllc.com
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
           YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee, et al.
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 14
```