UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE,
REGION 3
Maggie McGee, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Maggie.McGee@usdoj.gov

**Order Filed on January 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: <br><br> Leticia Rojas, <br><br> Debtor. | Case No.: 18-19362 (VFP) <br><br> Chapter 7 <br><br> Hearing Date: January 8, 2019, at 10:00 a.m. <br><br> Judge: The Honorable Vincent F. Papalia |

**ORDER EXTENDING THE TIME TO FILE A MOTION TO DISMISS CASE UNDER
11 U.S.C. §§ 707(b)(1) AND (3) AND EXTENDING THE TIME TO FILE A COMPLAINT
OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: January 10, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor:      Leticia Rojas
Case No.:    18-19362 (VFP)
Re:          Order Extending the Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending the Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727

Upon consideration of the Acting United States Trustee's motion, by and through counsel, for an order extending the time for the Acting United States Trustee to file a motion under 11 U.S.C. §§ 707(b)(1) and (3), and extending the time to file a complaint objecting to discharge under 11 U.S.C. § 727; and an Order allowing Debtor to Waive her Chapter 7 discharge having been entered on December 17, 2018 [Dkt. No. 73] and notice of the motion having been given to the Debtor and Debtor's counsel, and the Court having found cause for the entry of the within Order, it is hereby

**ORDERED** that any motion by the Acting United States Trustee to dismiss this case under 11 U.S.C. §§ 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727, must be filed by January 22, 2019; and it is further

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a motion to dismiss under 11 U.S.C. §§ 707(b)(1) and (3) or a complaint objecting to discharge under 11 U.S.C. § 727 (to the extent it may be necessary or appropriate in Acting United States Trustee's discretion).

United States Bankruptcy Court
District of New Jersey

In re:
Leticia Rojas
       Debtor

Case No. 18-19362-VFP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 11, 2019
                  Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2019.
db         +Leticia Rojas,    640 Irvington Avenue,    Hillside, NJ 07205-3143
aty       +Wasserman, Jurista & Stolz, P.C.,    110 Allen Road,    Suite 304,    Basking Ridge, NJ 07920-4500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2019 at the address(es) listed below:
          David E. Mayland    on behalf of Plaintiff    Port Authority of New York and New Jersey
           dm@strasserlaw.com
          David E. Mayland    on behalf of Creditor    Port Authority of New York and New Jersey
           dm@strasserlaw.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee, et al.
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Jay L. Lubetkin    jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
           NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
          Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Leonard C. Walczyk    on behalf of Debtor Leticia  Rojas lwalczyk@wjslaw.com,
           lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
          Leonard C. Walczyk    on behalf of Defendant Leticia  Rojas lwalczyk@wjslaw.com,
           lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
          Margaret Mcgee    on behalf of U.S. Trustee    United States Trustee maggie.mcgee@usdoj.gov
          Michael Seth Adler    on behalf of Creditor    Local 282 Trust Funds madler@cwsny.com,
           ecf@cwsny.com
          Paul Alex Rubin    on behalf of Creditor    K&K Developers, Inc. prubin@rubinlawllc.com
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee, et al.
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                    TOTAL: 14