| |
|---|
| IN THE UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(a)**<br><br>Michael S. Adler (N.J. Bar No. 4114104)<br>Hiram M. Arnaud *(admitted pro hac vice)*<br>COHEN, WEISS AND SIMON LLP<br>900 Third Avenue, Floor 21<br>New York, New York 10022-4869<br>Phone: (212) 356-0251<br>Facsimile: (646) 473-8251<br>madler@cwsny.com<br>harnaud@cwsny.com<br><br>*Attorney for Creditors*<br>*Local 282 Trust Funds* |

| | |
|---|---|
| In re:<br><br>LETICIA ROJAS,<br><br>　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 18-19362-VFP |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that Hiram M. Arnaud, having previously filed a Motion for Pro Hac Vice (Docket No. 20) and was Ordered (Docket No. 28), hereby withdraws his appearance on behalf of the Trustees of the Local 282 Welfare Trust Fund, Local 282 Pension Trust Fund, Local 282 Annuity Trust Fund, Local 282 Job Training Trust Fund, and the Local 282 Vacation and Sick Leave Trust Fund ("Funds") and requests removal from the CM/ECF electronic notification service and official service list.

PLEASE TAKE NOTICE that the law firm of Cohen, Weiss and Simon LLP and their attorneys of record, Michael S. Adler, continue to represent the Funds and hereby request that all notices required in the above referenced case continue to be served to such attorneys of record.

Dated: New York, New York
       March 5, 2019

                                          Respectfully submitted,

                                        /s/ Michael S. Adler
Michael S. Adler (N.J. Bar No. 4114104)
Hiram M. Arnaud *(admitted pro hac vice)*
COHEN, WEISS AND SIMON LLP
900 Third Avenue, Floor 21
New York, New York 10022-4869
Phone: (212) 356-0251
Facsimile: (646) 473-8251
madler@cwsny.com
harnaud@cwsny.com

*Attorney for Creditors*
*Local 282 Trust Funds*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March 2019, I caused a true and correct copy of the foregoing *Notice of Withdrawal of Appearance and Request for Removal From Service Lists* to be served through the Court's electronic notification system.

*/s/ Michael S. Adler*
Michael S. Adler