| IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(a)** | |
| | **Order Filed on March 8, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In re:<br><br>LETICIA ROJAS,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 18-19362-VFP |

# ORDER AUTHORIZING NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS

The relief set forth on the following page is **ORDERED**.

**DATED: March 8, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request that Hiram M. Arnaud, having previously filed a Motion for Pro Hac Vice (Docket No. 20) and that was so Ordered (Docket No. 28), hereby withdraws his appearance on behalf of the Trustees of the Local 282 Welfare Trust Fund, Local 282 Pension Trust Fund, Local 282 Annuity Trust Fund, Local 282 Job Training Trust Fund, and the Local 282 Vacation and Sick Leave Trust Fund ("Funds") and requests removal from the CM/ECF electronic notification service and official service list is hereby ORDERED.

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

_____

United States Bankruptcy Court
District of New Jersey

In re:  
Leticia Rojas  
     Debtor

Case No. 18-19362-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 08, 2019  
                    Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2019.
```
db          #+Leticia Rojas,    640 Irvington Avenue,    Hillside, NJ 07205-3143
aty          +Wasserman, Jurista & Stolz, P.C.,    110 Allen Road,    Suite 304,    Basking Ridge, NJ 07920-4500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2019 at the address(es) listed below:
```
              David E. Mayland    on behalf of Creditor    Port Authority of New York and New Jersey
               dm@strasserlaw.com
              David E. Mayland    on behalf of Plaintiff    Port Authority of New York and New Jersey
               dm@strasserlaw.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               as successor in interest to JP Morgan Chase Bank, N.A. as Trustee, et al.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Leonard C. Walczyk    on behalf of Debtor Leticia  Rojas lwalczyk@wjslaw.com,
               lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
              Leonard C. Walczyk    on behalf of Defendant Leticia  Rojas lwalczyk@wjslaw.com,
               lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
              Margaret Mcgee    on behalf of U.S. Trustee    United States Trustee maggie.mcgee@usdoj.gov
              Michael Seth Adler    on behalf of Creditor    Local 282 Trust Funds madler@cwsny.com,
               ecf@cwsny.com
              Paul  Rubin    on behalf of Creditor    K&K Developers, Inc. prubin@rubinlawllc.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee, et al.
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 14
```